UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEREKET NUGUSSIE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HMSHOST NORTH AMERICA, <br><br> Defendant. | NO. C16-0268RSL <br><br> ORDER REGARDING OUTSTANDING SETTLEMENT CHECKS |

This matter comes before the Court on a series of communications regarding the Court's November 29, 2016, order directing defendant HMSHost North America to send a letter notifying class members that it would stop payment on all uncashed settlement checks seven days after the postmark date of the letter. Dkt. # 31. Defendant did not do so, instead requesting that it be permitted to cancel the checks without notice. The Court did not grant that request, and no further action was taken.

HMSHost has issued 2016 W-2s to the recipients of the uncashed settlement checks (apparently including those whose checks were returned in the mail) that report the settlement amounts as income to the recipients. On March 15, 2017, plaintiffs' counsel requested that HMSHost issued updated W-2s that exclude the settlement check amounts. HMSHost has taken the position that live, outstanding checks may be considered income in the year received even if

ORDER REGARDING OUTSTANDING
SETTLEMENT CHECKS

they are not cashed and has refused to re-issue the W-2s unless and until the uncashed checks are cancelled. Having reviewed the communications from counsel and the remainder of the record, it is hereby ORDERED that:

1. HMSHost shall immediately cancel the checks that are in its possession and issue updated W-2s to those employees that excludes the settlement amounts. HMSHost shall include a notification of and explanation for the change so that individuals who have already filed their tax return can determine whether an amended return is warranted.

2. HMSHost shall immediately cancel the outstanding uncashed checks that are not in its possession and issue updated W-2s to those employees that excludes the settlement amounts. HMSHost shall include a notification of and explanation for the change so that individuals who have already filed their tax return can determine whether an amended return is warranted.

3. Pursuant to the agreement of the parties, uncashed class members who cashed their checks after November 29, 2016, are not bound by the settlement's terms.

Dated this 5th day of April, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER REGARDING OUTSTANDING
SETTLEMENT CHECKS                              -2-